# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 18-01469JVS(JDEx) | Date July 16, 2019 |
| Title Tighhtlines UV Technology, LLC v Damiki Corp. | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE

The parties' Joint Claim Construction Prehearing Statement was due June 27, 2019. (Docket No. 26, p. A-1.) Plaintiff Tightlines UV Technology, LLC ("Tightlines") filed a separate statement on July 15, 2019. (Docket No. 40.)

Allbatis, Inc. and its counsel are directed to show cause in writing why the answer should not be stricken and/or counsel sanctioned for failure to participate in the filing of a joint report.

Tightlines and its counsel are directed to show cause in writing why the complaint should not be stricken and/or counsel sanctioned for failure to file a timely a joint report.

A written response shall be filed by both parties no later than July 24, 2019. The filing of a joint report will be deemed an adequate response.

The Court reminds the parties that it will construe no more than ten terms.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |